### FRANK MORGAN v. STATE.

No. 2123. Decided December 11, 1912.

**Murder—Statement of Facts—Robbery.**

Where appellant complained of the court's failure to submit the lesser degree of murder, the same could not be considered in the absence of a statement of facts; besides, as the homicide was committed in an attempt to rob, the offense was murder in the first degree.

Appeal from the Criminal District Court of Dallas No. 2. Trie⁻. below before the Hon. Barry Miller.

Appeal from a conviction of murder in the first degree; penalty, life imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—Appellant was prosecuted and convicted of murder in the first degree, and his punishment assessed at life imprisonment in the penitentiary.

The record is before us without a statement of facts. The appellant in his motion for new trial complains that the court should have submitted the lesser degree of murder than murder in the first degree in his charge. Without a statement of facts we cannot determine whether this should have been done or not, but from the nature of the offense—murder in an attempt to rob—we are inclined to think

if the facts were before us we would hold that the court properly only submitted murder in the first degree. There are many other grounds in the motion for new trial, but in the condition the record is in nothing is presented for us to review.

The judgment is affirmed.

*Affirmed.*